UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 56073
   LEIDA MARGARITA RAMOS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-7414
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 10/14/05 and confirmed on 12/23/05.

   2.  The case was dismissed after confirmation, 08/17/2007.

   3.  The Debtor paid a total of $   2914.37 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED | .00 | .00 | .00 |
| CRESCENT BANK & TRUST | UNSECURED | 18140.72 | .00 | 1072.91 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 479.48 | .00 | 16.08 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 18620.20 | .00 | 18620.20 |
| PRINCIPAL PAID | .00 | .00 | 1088.99 | .00 | 1088.99 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 1088.99 | .00 | 1088.99 |

The Debtor's attorney, DANIEL K ROBIN            , was allowed $   2200.00 and was paid $   1704.71 .

The Trustee received $    120.67 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/15/07                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                              PAGE   2
    CASE NO. 05 B 56073 LEIDA MARGARITA RAMOS
```